IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT ILLINOIS

DARRYL BIERKAMP,                                        )
                                                        )
            Plaintiff,                                  )
                                                        )
vs.                                                     )        Case No. 3:04 CV 588
                                                        )
LIFT-ALL DIVISION OF HYDRA-TECH, INC.,                  )
an Indiana corporation,                                 )
                                                        )
            Defendant.                                  )

## ORDER

Before the Court is Robert W. Schmieder's Motion to Withdraw as Counsel for

Defendant Lift-All.  **(Doc. 14).**  The Court notes that Mr. Godsy has entered his appearance with

the intent to replace Mr. Schmieder as counsel for defendant.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 14)** is **GRANTED.**  The

Clerk of Court shall have the record reflect that attorney Schmieder is no longer counsel of

record for defendant Lift-All.

**IT IS SO ORDERED.**

**DATED:  May 12, 2005**

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**